IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NELSON RIVERA,<br><br>Plaintiff,<br><br>v.<br><br>STELARIS FOODS 369, INC.,<br><br>Defendant. | CIV. NO.: 19-1470 (SCC) |

## JUDGMENT

In accordance with the Order at Docket No. 26, this case is hereby dismissed with prejudice. The Court will retain jurisdiction to enforce the terms of the settlement agreement. Each party to bear its own costs, attorney's fees and expenses.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of December, 2020.

     *S*/SILVIA CARRENO-COLL
     UNITED STATES DISTRICT COURT JUDGE